IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

PREPARED FOOD PHOTOS, INC f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

        Plaintiff,

        v.                           Civil Action No. 2:23-cv-00263

COASTAL CATTLE, LLC,

        Defendant.

## **FINAL ORDER**

On September 11, 2023, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 14. The Court acknowledges that this voluntary dismissal is with prejudice with each party to bear its own cost and attorney's fees. The Court DIRECTS the Clerk to close this case.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                               /s/

_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Dated:  September 13, 2023